

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        October 2020 Grand Jury

| 11 | UNITED STATES OF AMERICA, | CR 2:21-cr-00128-AB |
|----|---------------------------|---------------------|
| 12 | Plaintiff, | I N D I C T M E N T |
| 13 | v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| 14 | LAFAYETTE LOMAX, aka "Blakk Jesus," | |
| 15 | | |
| 16 | Defendant. | |

17     The Grand Jury charges:

18                         [18 U.S.C. § 922(g)(1)]

19     On or about July 1, 2020, in Los Angeles County, within the
20 Central District of California, defendant LAFAYETTE LOMAX, also known
21 as "Blakk Jesus," knowingly possessed a firearm, namely, a Glock,
22 model G23, .40 caliber handgun, bearing serial number PGB797, and
23 ammunition, namely, seven rounds of Independence .40 caliber
24 ammunition, and four rounds of Winchester .40 caliber ammunition, in
25 and affecting interstate and foreign commerce.
26     Defendant LOMAX possessed such firearm and ammunition knowing
27 that he had previously been convicted of at least one of the
28

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    (1)  Attempted Pandering by Encouraging, in violation of California Penal Code Section 664/266i(a)(2), in the Superior Court of the State of California, County of Los Angeles, case number BA458790, on or about February 13, 2018;

    (2)  Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351.5, in the Superior Court of the State of California, County of Los Angeles, case number TA141717, on or about April 17, 2017;

    (3)  Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number TA127588, on or about September 19, 2013;

    (4)  Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, case number TA113168, on or about July 27, 2010; and

    (5)  Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, case number TA110979, on or about March 10, 2010.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.  If so convicted, defendant shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///

///

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                                  A TRUE BILL

                                                  /S/
                                                Foreperson

TRACY L. WILKISON
Acting United States Attorney

*[signature: Scott M. Garringer, Deputy Chief, Criminal Division For:]*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized Crimes Section

AMY E. POMERANTZ
Assistant United States Attorney
Violent and Organized Crimes Section

4